JS 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>$322,601.00 IN U.S. CURRENCY,<br><br>　　　　Defendant.<br><br>JUDY CHAN,<br><br>　　　　Claimant. | NO. CV 17-4047 DSF (SSx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

1

Plaintiff and claimant Judy Chan have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

The Court, having considered the stipulation of the parties, and good cause appearing therefor, **HEREBY ORDERS ADJUDGES AND DECREES**:

1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Judy Chan has filed a claim but has not answered the complaint. However, Judy Chan would have filed an answer in this case absent this agreement. No other statements of interest or answers have been filed, and the time for filing such statements of interest and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant currency. Any potential claimants to the defendant currency other than Judy Chan are deemed to have admitted the allegations of the complaint with respect to the defendant currency.

2. The following shall be returned to Judy Chan:

    a. $11,176.00, without interest.

3. The following shall be forfeited to the United States, and no other right, title, or interest shall exist therein:

    a. $311,425.00.

4. Judy Chan has agreed to release the United States of America, its agencies, agents, and officers, including employees

and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Judy Chan against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise.  Judy Chan has also waived any rights she may have to seek remission or mitigation of the forfeiture.  Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Judy Chan of any liability or wrongdoing.

//

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 9/1/17

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Prepared by:

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

Attorney for Plaintiff
United States of America